IN RE OGLE

No. 38P94

Case below: 113 N.C.App. 202

Petition by Steve Pendley for discretionary review pursuant to G.S. 7A-31 denied 7 April 1994.

ISENHOUR v. UNIVERSAL UNDERWRITERS INS. CO.

No. 47PA94

Case below: 113 N.C.App. 152

Petition by plaintiffs for discretionary review pursuant to G.S. 7A-31 allowed 7 April 1994.

MOORE v. PATE

No. 17P94

Case below: 112 N.C.App. 833

Petition by plaintiff for discretionary review pursuant to G.S. 7A-31 denied 7 April 1994.

ONE NORTH McDOWELL ASSN. v. McDOWELL DEV. CO.

No. 82P94

Case below: 113 N.C.App. 425

Petition by defendant Godfrey for discretionary review pursuant to G.S. 7A-31 denied 7 April 1994.

ROBINSON v. ROBINSON

No. 35P94

Case below: 113 N.C.App. 422

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 7 April 1994.